## INDEPENDENT GUARD ASSOCIATION OF NEVADA, LOCAL NO. 1, Plaintiff–Appellant,

v.

## Hazel O'LEARY,* Secretary of Energy of the United States of America, on behalf of the United States Department of Energy, an executive department of the United States of America, Defendant–Appellee.

No. 93–15769.

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1995.

Before SCHROEDER and RYMER,

---

\* Hazel O'Leary, the current Secretary of Energy, is substituted for former Secretary James D. Watkins. *See* Fed.R.App.Pro. 43(c)(1).

Circuit Judges, and DWYER,** District Judge.

## ORDER

The opinion at 57 F.3d 766 (9th Cir.1995) is amended as follows:

Page 770, right hand column, second full sentence should be removed beginning "The record ... guards."

Insert the following new sentence after the first sentence in the last paragraph of the opinion:

"We express no opinion as to whether the military function exception may apply to personnel other than the contract guards who are parties to this litigation."

With these changes the petition for rehearing is DENIED.